**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY ADAM MILLER,** | : | **CIVIL ACTION NO. 4:10-CV-051** |
| **Petitioner** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **MARIROSA LAMAS,** | : | |
| **Respondent** | : | |

**ORDER**

AND NOW, this 21st day of May, 2012, upon consideration of the Report and

Recommendation of United States Magistrate Judge Martin C. Carlson (Doc. 50),

recommending that the petition for writ of habeas corpus (Doc. 1) continue to be stayed

pending completion of the state litigation of petitioner's PCRA petition, and, following an

independent review of the record, it appearing that neither party has objected to the

magistrate judge's report and recommendation, and that there is no clear error on the

face of the record,[1] see Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (explaining that

---

[1] When parties fail to file timely objections to a magistrate judge's report and
recommendation, the Federal Magistrates Act does not require a district court to
review the report before accepting it. Thomas v. Arn, 474 U.S. 140, 149 (1985). As a
matter of good practice, however, the Third Circuit expects courts to "afford some
level of review to dispositive legal issues raised by the report." Henderson v.
Carlson, 812 F.2d 874, 878 (3d Cir. 1987). The advisory committee notes to Rule
72(b) of the Federal Rules of Civil Procedure indicate that "[w]hen no timely
objection is filed, the court need only satisfy itself that there is no clear error on the
face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b),
advisory committee notes; see also Henderson, 812 F.2d at 878-79 (stating that "the
failure of a party to object to a magistrate's legal conclusions may result in the loss
of the right to de novo review in the district court"); Tice v. Wilson, 425 F. Supp. 2d
676, 680 (W.D. Pa. 2006) (holding that the court's review is conducted under the
"plain error" standard); Cruz v. Chater, 990 F. Supp. 375-78 (M.D. Pa. 1998) (holding
that the court's review is limited to ascertaining whether there is "clear error on the
face of the record"); Oldrati v. Apfel, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998) (holding
that the court will review the report and recommendation for "clear error"). The
court has reviewed the magistrate judge's report and recommendation in
accordance with this Third Circuit directive.

"failing to timely object to [a report and recommendation] in a civil proceeding may result in forfeiture of *de novo* review at the district court level"), it is hereby ORDERED that:

1.  The Report and Recommendation of Magistrate Judge Carlson (Doc. 50) are ADOPTED.

2.  Petitioner's motion (Doc. 46) to vacate the stay is DENIED and the STAY set forth in this Court's Order of March 8, 2011 (Doc. 39) shall remain in full force and effect.  The parties are directed to continue to provide quarterly status reports on the progress of the state PCRA litigation.

3.  The Clerk of Court is directed to CLOSE this case for statistical purposes only.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge